# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **John: Jack;** <br> **Foreign BODY State of America** <br> Principal Creditor, <br><br> vs. <br><br> **JOHN JACK** <br> **Private Executive Estate:** <br> **BODY corporate/account in Form** <br><br> The BANKRUPT - <br> A Cross-Border - Principal Debtor. <br><br> **UNITED STATES** <br> Organization of Corporation, an AFFILIATE <br><br> **STATE OF WASHINGTON** <br> Organization of Corporation, an AFFILIATE <br><br> **Office of the Bishop - Diocese of Texarkana,** <br> the Foreign Church of Rome <br> Organization of Corporation, an AFFILIATE <br><br> **AFFILIATE Debtors to the BANKRUPT.** | Case: 1:23-cv-02303 <br> Assigned To : Reyes, Ana C. <br> Assign. Date : 8/4/2023 <br> Description: Habeas/2255 (G-DECK) <br><br> **PETITION FOR A** <br> **WRIT OF HABEAS CORPUS** <br> **UNDER 28 U.S.C. § 2256** <br><br> **AS A** <br> **FOREIGN PROCEEDING** <br><br> **UNDER GREEN JACKET** <br> **CHAPTER 7 - INVOLUNTARY** <br> **BANKRUPTCY** <br> **LIQUIDATION.** |

## PETITION FOR A WRIT OF HABEAS CORPUS:

<u>To produce the BODY of the PRINCIPAL DEBTOR</u>

<u>as he is a BODY Corporate/Account in Form.</u>

(Per Sec. 2256 - Habeas corpus from bankruptcy courts.)

Now comes, **John: Jack,** a Body State of One - the American Principal Creditor citizen of the United States of America; petitioning this Court as a demand for justice to have the **Body** of the **Principal Debtor** produced in order to properly resolve this Foreign and Cross-Border Bankruptcy Court Action.

1. The grounds for relief to the petitioner; **John: Jack**, the American Principal Creditor by his will demands that his **Principal Debtor – JOHN JACK** as a UNITED STATES Citizenship, be presented in his required Body Corporate/Account in Form to provide for a just probated accounting of all assets in order that the absolute Inherit Estate can be justly restored the Principal Creditor's control.

2. The statements of the facts supporting the grounds of this action; are that this **Principal Debtor – JOHN JACK** has operated as Body Corporate/Account in Form, entering into insurance monetary bondage leasing contracts, letters of marquee and other extrinsic fraudulent operating agreements with corporate **AFFILIATES,** be they the organizations of corporation – UNITED STATES, STATE OF WASHINGTON, STATE OF LOUISIANA, STATE OF NEVADA, STATE OF ARKANSAS, STATE OF TEXAS or other corporate establishments. The **Principal Debtor** has acted as the LESSOR of the property he holds on account and as a Private Deposit Insurer. The **AFFILIATES** have been the leasing beneficiaries, as the LESSEES and they are also lease rent debtors owing leasing rents to the **Principal Debtor**, but they have operated with deceptive payment instruments. Therefore a mid term probated accounting by the will of the Principal Creditor is required to support this Habeas Corpus demand for justice.

3. Statement of Relief requested; there is but one Relief that can be afforded at this time per the Law and that is the complete liquidation of the **Principal Debtor – JOHN JACK** as Body Corporate/Account in Form after all just probated assets have been surrendered to the Principal Creditor and the UNITED STATES Citizen-ship has been removed from the record books.

Date Submitted: <u>02 August 2023</u>

Signed under penalty of perjury by the Foreign Representative: <u>John Jack</u>
(under seal)

---

To the Clerk of the Court:

It is so ORDERED that a WRIT OF HABEAS CORPUS is to be issued, in the name of JOHN JACK, a BODY Corporate/Account in Form, to the United States Justice Department to have the US Trustees and US Marshals deliver the BODY Corporate to this Court to be probated.

Dated: _____

By Court Judge: _____
_____

*(Under court seal)*